NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

CHARLES DORNS,                          )
                                        )
            Appellant,                  )
                                        )
v.                                      )       Case No. 2D16-4684
                                        )
STATE OF FLORIDA,                       )
                                        )
            Appellee.                   )
_____    )

Opinion filed February 6, 2019

Appeal from the Circuit Court for Pinellas
County; Nancy Moate Ley, Judge.

Howard L. Dimmig, II, Public Defender, and
Jean-Jacques A. Darius, Assistant
Public Defender, (withdrew after briefing)
Bartow; Jeremy S. Clark of Clark Law,
Saint Petersburg (substituted as counsel
of record), for Appellant.

Ashley Brooke Moody, Attorney General,
Tallahassee; Wendy Buffington and Cynthia
Richards (substituted as counsel of record),
Assistant Attorneys General, Tampa, for
Appellee.

PER CURIAM.

            Affirmed.

VILLANTI, LUCAS, and ROTHSTEIN-YOUAKIM, JJ., Concur.